AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| GF Management, Inc. | ) |
| *Plaintiff* | ) ) |
| v. | ) Civil Action No. 12 - 1306 |
| Fidelity and Deposit Company of Maryland | ) ) ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Fidelity and Deposit Company of Maryland

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Darin J. McMullen, Esquire
> Anderson Kill & Olick, P.C.
> 1600 Market Street, Suite 2500
> Philadelphia, PA 19103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Michael E. Kunz*
*Clerk of Court*

Date: 3/13/12

_____
*Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF SERVICE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF PENNSYLVANIA | Civil Action No.: 12-1306<br>Dated: 3/13/2012 |

-------------------------------------------------------------------X

GF MANAGEMENT, INC.,

              Plaintiff,

- against -

FIDELITY and DEPOSIT COMPANY
OF MARYLAND,

              Defendant.

-------------------------------------------------------------------X

Attorney: **Anderson Kill & Olick, P.C.**
1251 Avenue of the Americas
42nd Floor
New York, New York 10020
212-278-1000

STATE OF NEW YORK, COUNTY OF NASSAU; SS:

The undersigned being duly sworn, deposes and says:

I, **Corey Guskin**, am not a party to this action, I am over 18 years of age, and I reside in the County of Nassau, in the State of New York.

That on Monday, March 19, 2012, at 2:37 P.M. deponent **served** the within **Summons in a Civil Action, Complaint and Exhibits A through E**

Upon:     **Fidelity and Deposit Company of Maryland**, c/o Zurich N.A.     (212) 553 - 5514
Located at:   One Liberty Plaza, 28th Floor, New York, New York 10006

### Corporate Service:

A corporation, by delivering there at a true copy of the aforesaid documents to **Fidelity and Deposit Company of Maryland**, c/o Zurich N.A. personally, deponent knew said corporation so served to be the corporation described in said Summons in a Civil Action and knew said individual to be **James J. Real – Vice President** thereof and he stated that he was authorized to accept service of process for **Fidelity and Deposit Company of Maryland**, c/o Zurich N.A.

James J. Real's Description: Caucasian, White Skin, Male, Grey Hair, 47 Years Old, Wears Glasses, 5'9" and 180 Lbs

Corey Guskin

*[signature]*

License # 1094475

Sworn to before me this 20th day of March, 2012

*[signature]*

Notary Public

Joan Guskin
Notary Public State of New York
No. 01GU6230103
Qualified in Nassau County
Commission Expires Nov. 1, 2014

James J. Real
Vice President
Managing Director
Financial Solutions Claims

Zurich
One Liberty Plaza
30th Floor
New York, NY 10006



Phone (212) 553-5514
Fax (212) 225-7034
E-Mail james.real@zurichna.com

## One Liberty Plaza



Visitor
COREY
GUSKIN

Visiting:

| James Real |
| Zurich |

**3/19/2012**     **28th Floor**