APPENDIX  X

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GF Management, Inc.                          :        CIVIL ACTION
                                             :
                  v.                         :
Fidelity and Deposit Company of              :
Maryland                                     :        NO.  12-1306 (RBS)

### ORDER

AND NOW, this            Day of                      , 20     , it is hereby

ORDERED that the application of _____Anna M. Piazza_____, Esquire, to practice in this

court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐   GRANTED.

☐   DENIED.

_____
                                                          J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 12-1306 (RBS)

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO*
*LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, Anna M. Piazza _____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A.   *I state that I am currently admitted to practice in the following state jurisdictions:*

| NY | 02/03/2010 | 4803490 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| MA | 12/11/2003 | 658909 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| RI | 06/14/2005 | 7206 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.   *I state that I am currently admitted to practice in the following federal jurisdictions:*

| Southern District of New York | 11/08/2011 | AP1307 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Eastern District of New York | 11/08/2011 | AP9684 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| District of Massachusetts | 11/15/2007 | 658909 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.   *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*   GF Management, Inc.

_Anna M. Piazza_
(Applicant's Signature)

_3/30/12_
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Anderson Kill & Olick, P.C.

1251 Avenue of the Americas

New York, NY 10020        Telephone: 212-278-1307

Sworn and subscribed before me this

30th Day of March 200 12

_____
Notary Public

DONALD FLYNN
NOTARY PUBLIC, State of New York
No. 01FL5046358
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires July 10, 2015

10/04

I.    **APPLICANT'S STATEMENT** (Continuation Page)

B.    *I state that I am currently admitted to practice in the following federal jurisdictions:*

(continued)


District of Rhode Island          04/25/2006                7206
(Court where admitted)           (Admission Date)          (Attorney Identification Number)

First Circuit Court of Appeals    01/13/2008                124205
(Court where admitted)           (Admission Date)          (Attorney Identification Number)

Ninth Circuit Court of Appeals    03/16/2009                N/A
(Court where admitted)           (Admission Date)          (Attorney Identification Number)

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Anna M. Piazza___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Darin J. McMullen | | 06/23/1999 | 78860 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

### SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Anderson Kill & Olick, P.C.

1600 Market Street

Philadelphia, PA  19103          Telephone: 267-216-2708

Sworn and subscribed before me this

_3Rd_ day of _April_, 20_12_

_Jeannine M. Fitzgerald_
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JEANNINE M. FITZGERALD, Notary Public
City of Philadelphia, Phila. County
My Commission Expires September 22, 2014

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GF Management, Inc.                                    :        **CIVIL ACTION**
                                                       :
                                                       :
              v.                                       :
Fidelity and Deposit Company of                        :
Maryland                                               :        NO.  12-1306 (RBS)

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of  Anna M. Piazza

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was mailed today with

postage prepaid to:

_Fidelity and Deposit Company of Maryland, c/o Zurich N.A._
_One Liberty Plaza, 28th Flr., NY, NY 10006_

_____
Signature of Attorney

Darin J. McMullen
Name of Attorney

GF Management, Inc.
Name of Moving Party

April 3, 2012
Date