IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GF MANAGEMENT, INC.,**<br><br>         v.<br><br>**FIDELITY AND DEPOSIT COMPANY OF MARYLAND,** | **Civil Action No. 12-1306** |

### DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

Defendant, Fidelity and Deposit Company of Maryland, is a wholly owned subsidiary of Zurich American Insurance Company, a New York corporation. Zurich American Insurance Company is a wholly owned subsidiary of Zurich Holding Company of America, Inc., a Delaware corporation. Zurich Holding Company of America, Inc. is 99.8711% owned directly by Zurich Insurance Company Ltd, a Swiss corporation, with the remaining shares indirectly owned by Zurich Insurance Company Ltd. Zurich Insurance Company Ltd is directly owned by Zurich Insurance Group Ltd, a Swiss corporation. Zurich Insurance Group Ltd is the only publicly traded parent company, with a listing on the Swiss stock exchange, and a further trading of American Depositary Receipts.

                                        WHITE AND WILLIAMS LLP

                              By: /s/ Alan J. Charkey
                                        Alan J. Charkey, Esquire
                                        One Liberty Place
                                        1650 Market Street, Suite 1800
                                        Philadelphia, PA 19103-7395
                                        (215) 864-6312
                                        (215) 789-7633 facsimile
                                        charkeya@whiteandwilliams.com
                                        Attorneys for Defendant,
                                        Fidelity and Deposit Company of Maryland