UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GF MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> FIDELITY AND DEPOSIT COMPANY OF MARYLAND, <br><br> Defendant. | CIVIL ACTION NO. 12-1306 |

## STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated by and between the undersigned attorneys for the parties in the above-captioned action that the action is hereby dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

ANDERSON KILL & OLICK, P.C.

By: /s/ Darin J. McMullen (DM1057)
Darin McMullen, Esq.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: 267-216-2700
Facsimile: 215-568-4573
*Attorneys for Plaintiff GF Management, Inc.*

WHITE & WILLIAMS LLP

By: _____
Alan J. Charkey, Esq.
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA 19103
Telephone: 215-864-6312
Facsimile: 215-789-7633
*Attorneys for Defendant Fidelity and Deposit Company of Maryland*

SO ORDERED:

_____
Hon. R. Barclay Surrick
United States District Judge

Dated: September ___, 2012

nydocs1-994688.1